# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEMAR GANT,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:16-cv-00528-JAD-NJK

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed under 28 U.S.C. § 2254 by a Nevada state prisoner. Respondents have filed a motion for an extension of time in which to file an answer to the remaining claims of the petition. (ECF No. 20). Respondents seek an extension of time, up to and including September 13, 2017, to file an answer. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    IT IS THEREFORE ORDERED that respondents' motion for an extension of time to file an answer to the remaining grounds of the petition **(ECF No. 20) is GRANTED.** The answer must be filed by **September 13, 2017.**

    Dated August 14, 2017

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE