UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lemar Gant,<br><br>    Petitioner<br><br>v.<br><br>Brian Williams, Sr., et al.,<br><br>    Respondents | 2:16-cv-00528-JAD-NJK<br><br>Order Extending Time and Granting Leave to Reply<br><br>[ECF No. 25] |

Good cause appearing, petitioner Lemar Gant's motion for leave to file a reply and for an extension of time [ECF No. 25] is GRANTED. Gant has until December 26, 2017, to mail his reply to the Clerk of Court.

DATED: October 23, 2017.

_____
Jennifer A. Dorsey
United States District Judge